Opinion and Order issued January 25, 1999



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-99-00114-CV

## IN RE DR. GERHARD E. MAALE, Relator

### FROM THE 95th DISTRICT COURT
### OF DALLAS COUNTY, TEXAS
### CAUSE NO. 98-01054-D

## OPINION AND ORDER

Before Justices Ovard, Whittington, and Bridges

Relator has filed a petition for writ of mandamus and a motion to stay all trial court proceedings. Relator contends a visiting judge, assigned to hear recusal motions against the trial judge, erred in denying an objection to him under Government Code section 74.053. The record does not contain such an order signed by the visiting judge.

Accordingly, relator's motion for temporary stay and petition for writ of mandamus are

**DENIED**.  *See* TEX. R. APP. P. 52.3(j)(1)(A).

MARK WHITTINGTON
JUSTICE

Do Not Publish
TEX. R. APP. P. 47